# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 24-mj- 250-01-AJ
INFORMATION ASSOCIATED WITH )
ESDRASCUMEL123@GMAIL.COM )
THAT IS STORED AT PREMISES CONTROLLED BY APPLE INC. )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Transportation of an Illegal Alien |
| 8 U.S.C. § 1325 | Illegal Entry |

The application is based on these facts:
See attached Affidavit in Support of Application for Search Warrant of Agent Salvatore D. Levatino of the U.S. Border Patrol, attached hereto and incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Salvatore D. Levatino
*Applicant's signature*

Agent Salvatore D. Levatino, U.S. Border Patrol
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephonic conference___ *(specify reliable electronic means)*.

Date: **Sep 30, 2024**

*Judge's signature*

City and state: Concord, NH                Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*